**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CR-052 |
| | ) | |
| DAVID C. SPEARS | ) | |

## ORDER

Defendant David C. Spears has filed a Motion for Refund of Bond. The amount in dispute is $2,000.00, which was deposited by the Defendant in the Court Registry as an appearance bond. The United States of America filed a response in opposition to the Defendant's motion, asking that the funds be turned over pursuant to 28 U.S.C. § 2044 for payment of the unpaid criminal monetary penalty owed by the Defendant. The unpaid portion of the Defendant's criminal monetary penalty is $1,500.00. This Court, having considered the matter, **DENIES IN PART** the Defendant's Motion for Refund of Bond (doc. 28), and **ORDERS** as follows:

**IT IS ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia, Augusta Division, shall apply $1,500.00 of the funds currently on deposit in the Court Registry to satisfy the fine set forth by this Court in the criminal judgment. The Clerk shall return any remaining money, plus any accrued interest back to the Defendant.

ORDER ENTERED, this _10th_ day of March, 2017

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA